**FILED**

E-filing

JUL 14 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S MARTIN, | ) |
| Petitioner, | ) No C 06-4179 VRW (PR) |
| vs. | ) ORDER OF DISMISSAL |
| T FELKER, Warden, | ) |
| Respondent. | ) |

    Petitioner, a state prisoner incarcerated at High Desert State Prison, has filed a second petition for a writ of habeas corpus under 28 USC § 2254 seeking to bring new claims for relief. His first petition was denied on the merits on May 23, 2006. See <u>Martin v Runnels</u>, No C 04-4006 VRW (PR) (ND Cal May 23, 2006) (order).

    A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 USC § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

    The clerk shall close the file and deny all pending motions as moot.

    SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. MARTIN,

        Plaintiff,

v.

T. FELKNER et al,

        Defendant.
        _____/

Case Number: CV06-04179 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael S. Martin T-64329
P.O. Box 3030
Susanville, CA 96127-3030

Dated: July 14, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk